1
2
3
4
5
6
7 UNITED STATES DISTRICT COURT

8 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 ERIC CURTIS LUND,                                  No. 2:21-cv-01831 KJM DB P

11                         Petitioner,

12        v.                                          ORDER

13 IZEN LOCATELLI, et al.,

14                         Respondents.

15

16        Petitioner, a state prisoner proceeding through counsel, filed a petition for a writ of habeas

17 corpus pursuant to 28 U.S.C. § 2254.  Respondents have filed a Notice of Request to Seal Exhibit

18 B of documents lodged by respondents on July 25, 2022.  (ECF No. 17.)  As required,

19 respondents also submitted the request to seal, the proposed order, and the documents covered by

20 the request to the court via e-mail.  Petitioner has filed a statement of non-opposition to this

21 request to seal.  (ECF No. 19.)

22        Requests to seal documents are governed by Local Rule 141.  E.D. Cal. L.R. 141.  Under

23 that rule, documents may be sealed "by written order of the Court, upon the showing required by

24 applicable law."  Id.

25        The court has reviewed the request to seal and the lodged documents covered by the

26 request, and based thereon, finds good cause to grant the request as they contain confidential

27 information.

28 ////

1

Good cause appearing, it is HEREBY ORDERED that:

1. Respondents' Request to Seal their proposed Exhibit B, consisting of Clerk's Transcript CONFIDENTIAL DOCUMENTS (1 vol.), <u>People v. Eric Curtis Lund</u>, Solano County Superior Court No. FCR310878, is granted.

2. The Clerk of the Court is hereby directed to file and maintain respondent's Exhibit B under seal.

Dated:  August 11, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Habeas/S/lund1831.sealing