Susannah M. Lund (SBN #250665)
Law Office of Susannah M. Lund
702 Mangrove Ave #320
Chico, CA 95926
Telephone: (530) 864-2869
susannah@mailfence.com

Attorney for Petitioner ERIC CURTIS LUND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CURTIS LUND,<br><br>           Petitioner,<br><br>v.<br><br>IZEN LOCATELLI, et al.<br><br><br>           Respondent. | Case No. 2:21-cv-01831-KJM-DB<br><br>**JOINT STIPULATION FOR PETITIONER TO FILE A SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Judge:      Hon. Kimberly J. Mueller<br>Magistrate:  Hon. Deborah Barnes<br>Action Filed: October 4, 2021 |

By and through their counsel of record, Petitioner ERIC CURTIS LUND ("Petitioner") and Respondents IZEN LOCATELLI and ROB BONTA (collectively, "Respondents") have met and conferred and have come to the following stipulations:

WHEREAS, on October 4, 2021, Petitioner filed a Petition for Writ of Habeas Corpus in the above-entitled matter (ECF 1);

WHEREAS, On October 10, 2021, Petitioner moved for a stay of this federal matter under *Rhines v. Weber*, 544 U.S. 269 (2005), so that he could return to the state courts to exhaust the otherwise unexhausted claims contained within his mixed petition (ECF 3);

WHEREAS, on November 4, 2021, pursuant to Federal Rule of Civil Procedure 15(a)(1), Petitioner filed a First Amended Petition for Writ of Habeas Corpus (ECF 7);

WHEREAS, on November 16, 2021, time expired for Petitioner to file a writ of certiorari in the United States Supreme Court challenging the California Supreme Court's August 18, 2021 denial of review of the First District Court of Appeal's denial of Petitioner's direct appeal;

WHEREAS, on August 16, 2022, the Honorable Magistrate Judge Deborah Barnes issued a Findings and Recommendation for the Court's consideration, recommending that Petitioner's Motion for Stay be granted under *Rhines v. Weber*, 544 U.S. 269 (2005) (ECF 22);

WHEREAS that recommendation is still under this Court's consideration;

WHEREAS, while Federal Rule of Civil Procedure 15(a)(2) generally permits further amendments to pleadings if certain conditions are met, in the habeas setting that right is also governed by the one-year statute of limitations set out in the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") (28 U.S.C. § 2244(d)(1)), which begins to run on the date on which Petitioner's judgment became final with the expiration of the time for seeking review in the United States Supreme Court (*id.* § 2244(d)(1)(A));

WHEREAS, before the running of that one-year AEDPA clock, Petitioner desires to amend his First Amended Petition for Writ of Habeas Corpus by filing a Second Amended Petition for Writ of Habeas Corpus that gives full and fair notice of all factual allegations that support his claims for relief;

WHEREAS Petitioner provided Respondents with a review copy of the proposed amended petition on October 27, 2022;

IT IS HEREBY STIPULATED by all parties to this action that Petitioner may file his Second Amended Petition for Writ of Habeas Corpus, attached hereto as Exhibit 1, and agreed to by all parties that it will become this action's operative petition, regardless of the United States District Judge's ultimate decision on the pending recommendation by the Magistrate to stay this federal action.

//
//
//
//

IT IS FURTHER STIPULATED by all parties to this action that in agreeing to Petitioner filing this Second Amended Petition, Respondents are not waiving any objections to any claims contained therein, including, but not limited to, the right to assert challenges to the timeliness, procedural bars, or exhaustion of any claim.

DATED: November 8, 2022              LAW OFFICE OF SUSANNAH M. LUND

/s/ Susannah M. Lund
SUSANNAH M. LUND
*Attorney for Petitioner*

DATED: November 8, 2022              CALIFORNIA DEPARTMENT OF JUSTICE, OFFICE OF ATTORNEY GENERAL

By: /s/ Gregory A. Ott
GREGORY A. OTT
Deputy Attorney General
*Attorney for Respondents*

## ORDER OF THE COURT

Having received a joint stipulation pursuant to Federal Rule of Civil Procedure 15(a)(2) from all parties to the above-entitled matter agreeing that Petitioner ERIC CURTIS LUND may filed his Second Amended Petition for Writ of Habeas Corpus, and finding good cause therein;

**It is HEREBY ORDERED that**:

1.  Within 7 days of this Order, Petitioner is directed to file the proposed Second Amended Petition for Writ of Habeas Corpus that was attached to the parties' stipulation.

DATED: November 14, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB14
DB/DB Prisoner Inbox/Habeas/R/lund1831.36sap