1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      ERIC CURTIS LUND,                                No.  2:21-cv-01831 KJM DB P

12                 Petitioner,

13          v.                                           ORDER

14      IZEN LOCATELLI, et al.,

15                 Respondent.

16

17          Petitioner, a former state prisoner on postrelease community supervision proceeding pro

18   se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was

19   referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local

20   Rule 302.

21          On August 16, 2022, the magistrate judge filed findings and recommendations, which

22   were served on all parties and contained notice to all parties that any objections to the findings

23   and recommendations were to be filed within fourteen days.  ECF No. 22.  Fourteen days have

24   passed and neither party has filed objections to the findings and recommendations.

25          The court presumes any findings of fact are correct.  *See Orand v. United States*, 602 F.2d

26   207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See*

27   *Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the

28   magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").

                                                      1

Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 16, 2022 (ECF No. 22), are adopted in full;

2. Petitioner's motion for stay and abeyance is granted;

3. This case is stayed pending resolution of the related state proceeding and until further order of the court;

4. Petitioner is required to file a status report every sixty (60) days after this order issues informing the court of the status of his state habeas proceedings;

5. Petitioner is required to file a motion to lift the stay within thirty (30) days of final action by the state courts; and

6. This matter is referred back to the assigned magistrate judge for all further proceedings.

DATED:  March 31, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE