UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CURTIS LUND, | No. 2:21-cv-1831 DJC DB |
| Petitioner, | |
| v. | ORDER |
| IZEN LOCATELLI, et al., | |
| Respondents. | |

The parties in the above-entitled matter have filed a joint stipulation to stay all proceedings pending resolution of an issue in a related case. (ECF No. 32.) After consideration of the stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. In the interests of economy of time and effort for the court, counsel, and the litigants, and to facilitate a more orderly course of justice, all proceedings in this matter are hereby stayed until further notice from the parties.

2. Within 5 days of the court in <u>Lund v. Datzman</u>, 2:19-cv-02287 JAM DMC (E.D. Cal.) taking any action on the issues of consolidation or <u>Heck</u>-bar, petitioner will give Respondents notice of such action. Within 7 days of said notice, counsel for the parties will telephonically confer to discuss a plan to lift the stay in this case and to discuss whether petitioner will be requesting permission to amend his petition again.

////

1

3. However, to avoid a prejudicial delay to all parties, if the court in <u>Lund v. Datzman</u> does not take any action on the issues of consolidation or <u>Heck</u>-bar by January 8, 2024, counsel for the parties will telephonically confer not later than January 12, 2024 to discuss a plan to lift the stay in this case, notwithstanding a lack of resolution in <u>Lund v. Datzman</u>, and to discuss whether petitioner will be requesting permission to amend his petition again.

4. All parties in this case reserve the right to move for the stay in this matter to be lifted at any time upon a showing of good cause and after having first met and conferred with opposing counsel.

Dated: October 31, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB: 15
DB/DB Prisoner Inbox/Habeas/R/lunder1831.stip.stay

2