1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CURTIS LUND, | No. 2:21-cv-1831-DJC-SCR |
| Petitioner, | |
| v. | ORDER |
| IZEN LOCATELLI, et. al., | |
| Respondents. | |

Petitioner, proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 25, 2025, the district judge referred this matter back to the undersigned for consideration of the claims in petitioner's third amended § 2254 application that were not dismissed. ECF No. 53.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a response to the remaining claims in petitioner's third amended habeas petition within sixty days from the date of this order. See Rule 4, 28 U.S.C. foll. § 2254. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, 28 U.S.C. foll. § 2254;

////

////

////

2. Petitioner's reply, if any, shall be filed and served within thirty days after service of the answer.

DATED: October 6, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE