UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERIC CURTIS LUND,

            Petitioner,

    v.

IZEN LOCATELLI, *et al*.

            Respondents.

Case No. 2:21-cv-01831-DJC-SCR

[~~PROPOSED~~] ORDER

Magistrate Judge: Honorable Sean C. Riordan

Action Filed:      October 4, 2021

The parties in the above-entitled matter have filed a Joint Stipulation to Enlarge the Time to Respond to Multiple Deadlines and to Seal a Declaration in Support. After consideration of the stipulation and good cause being shown,

**IT IS HEREBY ORDERED:**

1. The Declaration of Susannah Lund in Support of the parties' Joint Stipulation shall be filed under seal.

2. The parties' objections, if any, to the Magistrate Judge's Findings & Recommendations (ECF 64) are due no later than January 30, 2026.

1
[~~PROPOSED~~] ORDER

3.  Petitioner's Reply to respondents' Answer (ECF 63) is due no later than February 27, 2026.

DATED: January 12, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2
[PROPOSED] ORDER