UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC CURTIS LUND,

                Petitioner,

    v.

IZEN LOCATELLI, et al.,

                Respondents.

No.  2:21-cv-1831 DJC SCR P

ORDER

Petitioner is proceeding through counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 11, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  Petitioner filed objections to the findings and recommendations.  ECF No. 67.  Respondents filed a response to these objections.  ECF No. 68.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 64) are adopted in full;

2. Petitioner's motion for entry of partial final judgment (ECF No. 55) is denied;

3. Petitioner's motion for a certificate of appealability (ECF No. 56) is denied as moot; and

4. This matter is referred back to the assigned Magistrate Judge for further proceedings.


IT IS SO ORDERED.

Dated:    **February 13, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Th/lund1831.805.hc(2)

2